**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Amy Sue McCreight | : | CASE NO: 17-51066 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**NOTICE OF INTENTION**
**TO PAY CLAIMS**

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00020 | American Infosource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 876.70 | 100.00 % | 0.00 % | Unsecured |
| 00021 | American Infosource LP as agent for Spot Loan<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 1,194.18 | 100.00 % | 0.00 % | Unsecured |
| 00005 | Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00006 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00007 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00008 | Choice Recovery Inc<br>1550 Old Henderson Rd Ste 100<br>Columus, OH 43220 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00009 | Choice Recovery Inc<br>1550 Old Henderson Rd Ste 100<br>Columus, OH 43220 | Not filed | 100.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00010 | Choice Recovery Inc<br>1550 Old Henderson Rd Ste 100<br>Columus, OH  43220 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00011 | Choice Recovery Inc<br>1550 Old Henderson Rd Ste 100<br>Columus, OH  43220 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00023 | Comenity Capital Bank/Paypal Credit<br>c/o Weinstein & Riley PS<br>PO Box 3978<br>Seattle, WA  98124-3978 | 505.90 | 100.00 % | 0.00 % | Unsecured |
| 00022 | Disney Vacation Development, Inc.<br>1390 Celebration Blvd<br>Kissimmee, FL  34747 | Paid outside | 100.00 % | 0.00 % | Lease |
| 00012 | Elastic<br>4030 Smith Road<br>Cincinnati, OH  45209 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00001 | FORD MOTOR CREDIT CO<br>CHAPTER 13 DRAWER 55 953<br>PO BOX 55000<br>DETROIT, MI  48255-0953 | 900.78 | 100.00 % | 5.00 % | Secured-506 |
| 00013 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | 597.07 | 100.00 % | 0.00 % | Unsecured |
| 00014 | Key Bridge<br>PO Box 1568<br>Lima, OH  45802 | 462.00 | 100.00 % | 0.00 % | Unsecured |
| 00015 | MEADE & ASSOCIATES<br>737 ENTERPRISE DR<br>Lewis Center, OH  43035 | 384.00 | 100.00 % | 0.00 % | Unsecured |
| 00016 | National Credit Adjusters, Llc<br>327 W 4th Ave<br>Po Box 3023<br>Hutchinson, KS  67504 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00024 | Ohio Dept. of Job & Family Services<br>PO Box 182404<br>Columbus, OH  43218-2404 | 11,980.50 | 100.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00017 | PHEAA<br>PO BOX 1463<br>HARRISBURG, PA  17105-1463 | 12,875.61 | 100.00 % | 0.00 % | Unsecured |
| 00018 | Plain Green Loans<br>93 Mack Road, Suite 600<br>Box Elder, MT  59521 | Not filed | 100.00 % | 0.00 % | Unsecured |
| 00003 | PNC MORTGAGE<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | 18,068.31 | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00002 | PNC MORTGAGE<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | 991.87<br>CONTINUING | 100.00 % | 0.00 % | Mortgage |
| 00019 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 1,165.33 | 100.00 % | 0.00 % | Unsecured |
| 00004 | Secretary of Housing and<br>Urban Development<br>451 Seventh Street Southwest<br>Washington, DC  20410 | Paid outside | 100.00 % | 0.00 % | Mortgage |
|  | TOTAL | 49,010.38 |  |  |  |
| 00000 | Marshall D Cohen<br>Marshall D. Cohen Co., LLC<br>1500 West Third Ave<br>Suite 400<br>Columbus, OH  43212 | 2,343.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: August 25, 2017

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Amy Sue McCreight | : | CASE NO: 17-51066 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 25, 2017, a copy of the foregoing Notice of Intention to Pay Claims was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Marshall D Cohen

and on the following by **ordinary U.S. Mail addressed to:**

Amy Sue McCreight
309 Saratoga Street
Delaware, OH  43015

**See Creditor Matrix
All Creditors and Parties in Interest**

Portfolio Recovery
Po Box 41067
Norfolk, VA  235410000

KeyBridge Medical Revenue Care
P O Box 1568
Lima, OH  485020000

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  731180000

American General Financial/Springleaf Fi
Attention: Bankruptcy
Po Box 3251
Evansville, IN  477310000

Plain Green Loans
93 Mack Road, Suite 600
Box Elder, MT  595210000

Spot on Loans
P.O. Box 6243
Logan, UT  843410000

Attorney General of the State of Ohio
Collection Enforcement
150 East Gay Street, 21st Floor
Columbus, OH  432150000

Village at Lehner Woods
c/o Sandi Crinko
5550 Blazer Parkway, Suite 175
Dublin, OH  430170000

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  235410000

Spot Loan
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK  731248838

Ford Motor Credit
National Bankruptcy Service Center
Po Box 62180
Colorado Springs, CO  809620000

Amy Sue McCreight
309 Saratoga Street
Delaware, OH  430150000

First Knox National Bank
1 S Main St
Mount Vernon, OH  430500000

Attorney Joshua Epling
Laurito & Laurito
7550 Paragon Rd
Dayton, OH  454590000

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barr, PA  187730000

Lawrence D. Hanna DDS
80 Troy Rd
Delaware, OH  430150000

PHEAA
PO BOX 8147
HARRISBURG, PA  171050000

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 956060
Orlando, FL  328960000

Credit One Bank Na
Po Box 98873
Las Vegas, NV  891930000

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  235410000

First Premier Bank
601 S Minneaplois Ave
Dious FDalls, SD  571040000

Disney Vacation Development, Inc.
1390 Celebration Blvd
Kissimmee, FL  347470000

Barclays Bank Delaware
100 S West St
Wilmington, DE  198010000

Rise
Attn: Customer Support
PO Box 101808
Fort Worth, TX  761850000

PNC Bank
3232 Newmark Drive
Miamisburg, OH  453420000

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH  432160000

PHEAA/HCB
Attn: Bankruptcy
1200 N 7th St  3rd Floor
Harrisburg, PA  171020000

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA  235410000

Ohio Dept. of Job & Family Services
Attn: Donn Rosenblum  OUIO Tax
Appeals
P.O. Box 182404
Columbus, OH  432182404

Kevin McCreight
309 Saratoga Street
Delaware, OH  430150000

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT  841300000

Meade & Associates
737 Enterprise Dr
Lewis Center, OH  430350000

Elastic
4030 Smith Road
Cincinnati, OH  452090000

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN  563029617

COMENITY CAPITAL BANK
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA  981210000

Secretary of Housing and
Urban Development
451 Seventh Street Southwest
Washington, DC  204100000

PNC Bank National Assocation
3232 Newmark Drive
Miamisburg, OH  453420000

Rise Credit
Customer Support
Po Box 101808
Fort Worth, TX  761850000

National Credit Adjusters, Llc
327 W 4th Ave
Po Box 3023
Hutchinson, KS  675040000

Delaware County Treasurer
140 N. Sandusky Street
Delaware, OH  430150000

Choice Recovery Inc
1550 Old Henderson Rd Ste 100
Columus, OH  432200000

Attorney James Colabianchi, Jr.
P.O. Box 12903
Norfolk, VA  235410000