**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| In re:  Christina Andrea McKenzie | : | Case No. 17-54145 |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Caldwell |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Now comes the State of Ohio, Department of Job and Family Services and does hereby give notice that Brian M. Gianangeli of the Law Office of Charles Mifsud, LLC is being substituted as counsel of record for the State of Ohio, Department Of Job And Family Services in place of attorney Erin M. Dooley in this matter.  Please direct, pursuant to Fed. R. Bankr. P. 2002(g), all notices given or required to be given in this case and all papers served or required to be served in this case, to the address set forth for in the schedules and also at the following address:

>Brian M. Gianangeli
>The Law Office of Charles Mifsud, LLC
>6305 Emerald Parkway
>Dublin, OH 43016
>614-389-5282
>614-389-2294 (FAX)
>bgianangeli@mifsudlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio Department Of Job And Family Services.

This notice of substitution of counsel is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and

pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of Department Of Job And Family Services or of the State of Ohio or to consent to this Court's exercise of jurisdiction over the Department Of Job And Family Services or of the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the Department Of Job And Family Services or of the State of Ohio, or any of its other departments, agencies, boards, or other instrumentalities.

/s/ Brian M. Gianangeli
Brian M. Gianangeli (0072028)
6305 Emerald Parkway
Dublin, OH 43016
614-389-5282
614-389-2294 (FAX)
bgianangeli@mifsudlaw.com
Case Attorney for the State of Ohio,
Department Of Job And Family Services


/s/ Erin M. Dooley
Erin M. Dooley (0089092)
30 West Spring Street
Columbus, OH 43215
614-728-4849
614-621-1022 (Fax)
Erin.D.1@bwc.state.oh.us
Withdrawing Attorney for the State of Ohio,
Department Of Job And Family Services

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was served by US Mail and/or electronically via ECF, this 15th day of November, 2017 upon the following:

Christina Andrea McKenzie
4708 Belfast Drive
Columbus, OH 43227-2529

Office of the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH  43215-2417

Mark Albert Herder
1031 East Broad Street
Columbus, OH 43205

Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449

/s/ Brian M. Gianangeli
Brian M. Gianangeli  (0072028)